IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00023-ZLW-CBS

WINE MASTER CELLARS, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

NORMAN JACQUES COUTURE,
a resident of Connecticut, and
MAR-ELLE ENTERPRISES, INC.,
d.b.a. INVISIBLE VINYARDS,
a Connecticut corporation,

      Defendants.

_____

ORDER
_____

      After consideration of the case file herein, I hereby exercise my discretion as a

senior judge to decline this case.  Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to

another judge.

      Dated at Denver, Colorado, this __8__ day of January, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court